**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ANN KLINK,

        Plaintiff,                  Case Number: 04-CV-71402

v.                                        JUDGE PAUL D. BORMAN
                                                MAG. JUDGE VIRGINIA MORGAN
JO ANNE B. BARNHART, COMMISSIONER     UNITED STATES DISTRICT COURT
OF SOCIAL SECURITY,

        Defendant.
_____ /

**ORDER 1) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND
2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

     Now before the Court is Magistrate Judge Morgan's Report and Recommendation concerning Plaintiff's challenge, under 42 U.S.C. § 405(g), to Defendant's final decision denying her application for disability-insurance benefits under the Social Security Act. No objection was filed thereto.

     Having reviewed that Report and Recommendation and for the reasons set forth therein, the Court grants Defendant's motion for summary judgment, and denies Plaintiff's motion for summary judgment.


SO ORDERED

                                                        /s/ Paul D. Borman
                                                        PAUL D. BORMAN
                                                        UNITED STATES DISTRICT JUDGE

Dated: 4/18/05
      Detroit, Michigan